## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEIFUDDIN MU'MIN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | NO.    10-7006 |
| CASUALTY INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this ⟋⟋⟋ day of *August*, 2011, upon consideration of Plaintiff

Seifuddin Mu'Min's Motion for Partial Summary Judgment (Docket No. 27) and Defendant

Allstate Property and Casualty Insurance Company's Response (Docket No. 29), as well as

Defendant's Motion for Summary Judgment (Docket No. 28), Plaintiff's Response (Docket No.

30), and Defendant's Reply Brief (Docket No. 31), it is hereby **ORDERED** that Plaintiff's

Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is

**GRANTED** .

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety

of Plaintiff's Complaint. The trial scheduled for Tuesday, September 27, 2011 at 10:00 a.m. in

this matter shall proceed only with respect to Defendant's Counterclaim.

It is so **ORDERED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.